FILED
CLERK, U.S. DISTRICT COURT

11/08/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOBBY GENE PEDEN,<br><br>    Defendant. | No. 8:23-cr-00153-CJC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii), (b)(1)(C): Possession with Intent to Distribute Controlled Substances] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about July 14, 2022, in Orange County, within the Central District of California, defendant BOBBY GENE PEDEN knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 102.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about April 21, 2023, in Orange County, within the Central District of California, defendant BOBBY GENE PEDEN knowingly and intentionally possessed with intent to distribute at least five grams, that is, at least approximately 52.3 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 21, 2023, in Orange County, within the Central District of California, defendant BOBBY GENE PEDEN knowingly and intentionally possessed with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

                                          A TRUE BILL

                                          /s/
                                          _____
                                          Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

NANDOR F.R. KISS
Assistant United States Attorney
Santa Ana Branch Office